AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| RAMONA NAVARRE<br>Plaintiff<br>v.<br>EXACTECH INC<br>Defendant | )<br>)<br>) Civil Action No. 2:22–CV–05984–JDC–KK<br>) Judge James D Cain, Jr<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To:
**Exactech Inc**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Lawrence J Centola III**
**Martzell & Bickford**
**338 Lafayette St**
**New Orleans, LA 70130**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __11/18/2022__         /s/ – Tony R. Moore

2:22–CV–05984–JDC–KK
# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **Exactech Inc** was received by me on *(date)*_____.

- I personally served the summons on **Exactech Inc** at *(place)*_____ _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                  *Server's signature*

                                        _____
                                                 *Printed name and title*

                                        _____
                                                  *Server's address*


Additional information regarding attemped service, etc: